UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 87-00197WDK |
| Date | October 2, 2008 |

Present: The Honorable  WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE

Interpreter

| Patricia Gomez | Not Present | Wesley L. Hsu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|
| Manuel Garcia Bracamonte | N/A | Dean Gits, DFPD | |

**Proceedings:**   (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE FILED 9/23/08

The Court is in receipt of Defendant Manuel Garcia Bracamonte's Motion for Reconsideration of Sentence Pursuant to Fed.R.Crim.P. Rule 47, filed on August 5, 2008.  The Court is also in receipt of the Government's Motion to Dismiss Defendant's Motion for Reconsideration of Sentence, filed on September 23, 2008.  Defendant's Motion is DENIED for the reasons stated in the Government's Motion and the Government's Motion is GRANTED.

IT IS SO ORDERED

_____ : _____
Initials of Deputy Clerk    PG

cc: USPO